**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Larry A. Diffley, individually and as
Trustee for the Heirs and Next-of-Kin of
Mary Stevens Diffley, Decedent,

      Plaintiff,                      Civil 10-931 (RHK/RLE)

vs.                             **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

Wyeth, LLC, et al.,

      Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 1, 2008, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: March 25, 2010

                                                     s/Richard H. Kyle
                                                     RICHARD H. KYLE
                                                     United States District Judge